RECEIVED
IN LAKE CHARLES, LA

APR 10 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| KATHY A. LEWIS-JACKSON | : | CIVIL ACTION NUMBER |
| VERSUS | : | 05-1139 |
| CALCASIEU PARISH SHERIFF'S OFFICE, ET AL. | : | JUDGE MINALDI<br>MAGISTRATE JUDGE WILSON |

## JUDGMENT

On March 6, 2006, the court issued an order wherein it was noted that: this case was over eight months old, there was no return of service as to defendant, CALCASIEU PARISH SHERIFF'S OFFICE, and that the court was considering dismissing said defendant. Plaintiff was allotted 11 calendar days to serve said defendant, or to provide good cause for her inability to do so.

As of today, there is no indication in the record that said defendant has been served, nor has plaintiff explained to the court her failure to serve said defendant. Since more than 120 days have elapsed without service of process having been perfected or return of service filed in the record, it is ordered that plaintiff's claims against the CALCASIEU PARISH SHERIFF'S OFFICE be, and they are hereby DISMISSED, without prejudice. LR 41.3W, Fed.R.Civ.P. 4(m). Said defendant may be reinstated upon good cause shown during the next thirty (30) days from today.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this __7__ day of April, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE